1 Jason Hurtado #AG9310/PRO-SE
2 Ironwood St Prison
3 P.O. Box 2199
4 Blythe, CA 92226
5

FILED
CLERK US DISTRICT COURT
ORIGINAL
NOV - 3 2014
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

6
7          UNITED STATES DISTRICT COURT
8       FOR THE CENTRAL DISTRICT OF CALIFORNIA
9
10
11   JASON HURTADO,                    CASE NO. - CV 14-8068-GW (PJW)
12          PETITIONER,
13
14          V.                         MOTION TO SHOW CAUSE, IN
15                                      OPPOSITION TO DISMISSAL
16   DAVID B. Long,                    OF HABEAS PETITION.
17          RESPONDENT.                Attached points and Authorities
18
19
20  Exhibit #1 - (Proof of Services in chronological order)
21  Exhibit #2 - (In Coming/outgoing Mail Logs)
22  Exhibit #3 - (Declaration To California S.Ct)(inter alia)
23  Exhibit #4 - (Cover Sheet of State Habeas to Calif. Supreme.Ct)
24  Exhibit #5 - (Letter from Calif. S.Ct clerk, inter alia,
25      relevant Documents pertaining to the Clerks letter.)
26  Exhibit #6 - (Minute Orders from Superior Court of)
27                                      Los Angeles.
28

URT PAPER
ATE OF CALIFORNIA
D. 113 (REV 8-72)
14769

1  Indeed petitioner's conviction became final on
2  May 14, 2013. However, petitioner has attached
3  and included relevant documents leaving a paper
4  trail (i.e., showing due diligence in pursuit to
5  stay on track to the statute of limitations.)
6      ▸ Case law states: The limitations period
7  does not begin to run in California until 90 days
8  after the date on which the California Supreme
9  Court denies review of the decision of the court
10 of Appeal on direct appeal. (See California Rules
11 of Court 29.4 (b)(2), (Denial of petition for
12 review final when filed).
13     ▸ For petitioners exhausting state remedies
14 by seeking collateral relief in the California
15 state courts, tolling extends from the initial
16 filing of the petition in Superior Court to the
17 Supreme Courts denial, including periods between
18 the petitions denial in the lower court and it's
19 refiling in the reviewing court, if the petitioner
20 is "properly pursuing" state post conviction
21 remedies. ─ Nino ⊙ Galaza. (9th Cir. 1999) 183 F.3d 1003;
22 see also ─ Carey ⊙ Saffold, 536 U.S. 214).

24     ▸ The evidence that supports petitioner's
25 diligence is attached as exhibits. Petitioner
26 has submitted the face sheet of the petition
27 filed in the California S.Ct. (See Exhibit #4)
28

It is dated as May 12, 2014 (received) but not filed. Apparently the clerk said that i did not have my "original Signature" on the Habeas form. So i immediately put the white out over the signature and resubmitted, with an original signature. That became filed May 19, 2014.

However in the event of filing to the courts before my May 14, 2014 deadline, petitioner originally submitted his petition May 8, 2014, to the prison officials (Six days before May 14, 2014). (See Exhibit #1). Case law states, A petition is considered filed when it is delivered to the prisons legal mail system for mailing to the court. Habeas Rule 3(d) Huizar @ Carey, 273 F. 3d 1220 (9th Cir. 2001); Sossa @ Diaz, 729 F. 3d 1225 (9th Cir. 2013) (petition deemed filed when handed over to prison authorities for mailing.)

Petitioner should not be penalized or faulted for a technical deficiency. Petitioner would hope not. (Pro se habeas petitioners may not be held to the same technical standards as litigants represented by counsel. see e.g., Holiday @ Johnston, 313 U.S. 342 (1941) (Pro se petition for habeas corpus ought not be scrutinized with technical nicety.); Balistreri @

1  Pacifica Police Dept, 901 F.2d 696 (9th Cir. 1990).
2  (This court recognizes that it has a duty to
3  ensure that pro se litigants do not lose
4  their right to a hearing on the merits of
5  their claim due to ignorance of technical
6  procedural requirements.
7          Rightfully so, petitioners petition for
8  habeas corpus in the California Supreme Court
9  was filed and/or pending from May 8,
10 2014, until September 17, 2014.
11 From May 8, 2014 to September 17, 2014,
12 petitioner could not submit my petition to
13 the Federal District Court, due to the fact
14 that my petition was under submission.
15
16 On September 14, 2014, i had wrote the
17 California Supreme Ct, informing them that
18 the District Attorney of Los Angeles, along with
19 CCB Los Angeles Superior Court was apparently
20 taking my case under submission, from
21 my Habeas i submitted January 7, 2014, filed.
22 January 22, 2010 case No. SA072508 was filed.
23 (See Exhibit #1). On June 16, 2014 Los Angeles
24 Superior Court was just now answering
25 to my January 7th, 2014 filing.
26 My habeas Corpus petition had already been
27 submitted to the California Supreme Court.
28

③

3 days after i had wrote the California S.ct, informing them about what was going on in the Superior Court, the California S.ct denied my Habeas petition. (i.e., Sept 17, 2014). Not knowing it was denied in it's entirety, petitioner waited for a response to the letter i sent. That response came September 30, 2014. (See Exhibit #5)

DUE DILIGENCE in Chronological order:

• Petitioner filed his first Habeas Corpus (State petition). NOVEMBER 20, 2013. (See Exhibits in #1).

• Petitioner filed again in the Superior Court of Los Angeles, because the court said i did not properly file with the correct District Attorney. (See Exhibit #6, minute orders) petition filed January 7, 2014 and also April 17, 2014.

• Petitioner thought that he was out right denied in the Superior Court in it's entirety, so petitioner filed to the California S.ct May 8, 2014. (See also Exhibit #3)

• Petitioner was informed that he had not put the original signature, so petitioner re submitted May 19, 2014.

(4)

1  • Petitioner was denied in the California S. ct
2  September 17, 2014.
3
4  • Petitioner received correspondence letter
5  from Clerk of California S. ct September 30,
6  2014, in response to petitioners letter
7  dated September 14, 2014.
8
9  • After being notified and verifying denial
10 of my Habeas Corpus petition in the
11 California S. ct, petitioner went to
12 diligently file to the Central District
13 Federal Court, October 6, 2014.
14
15 ▶ From the legal documentation presented
16 by paper trail, petitioner prays that
17 the Magistrate judge takes a close inquiry
18 into the facts, to eventually agree with
19 petitioner, that he should be excused
20 for good cause and diligence shown.
21 Petitioner is not perfect, but only trying
22 to pursue his Constitutional claims
23 diligently. I've been as diligent as possible
24 being pro se locked up in prison.
25
26 ▶ Evans ⓥ Chaviz. (2006) 546 U.S. 189, the S. ct
27 held that even when a California court
28 denies a petition for collateral relief on the

1  merits, if the California court does not
2  explicitly state that the petition was timely,
3  the Federal Court must decide whether the
4  petitioners request for Appellate review of
5  a lower courts denial of the petition was
6  made within what California would consider
7  a reasonable time. 546 U.S. at 198. The Federal
8  court cannot permit tolling under 28 U.S.C §
9  2244(d)(2) if, in it's judgement, the California
10 courts would conclude that the petitioner
11 unreasonably delayed filing a petition for
12 collateral relief at any level of the California
13 judicial system.
14     Language in Chavis, indicates that gaps of
15 time of less than 60 days would be reasonable,
16 while an unexplained 6 month gap between the
17 filing of habeas petitions was unreasonable and
18 therefore untimely. 546 U.S. at 201.
19     In Noble⊙Adams, 676 F.3d 1180 (9th Cir. 2012)
20 the Ninth Circuit indicated that district
21 courts should look to California state
22 courts decisions to determine whether or not
23 a particular delay between petitions is
24 reasonable under California precedent.
25
26 Petitioner has not intentionally shown
27 unreasonable delay in filing to each court
28 during intervals. Petitioner feels that he has

1  Shown cause as to why petitioner is
2  now coming into the Federal District Court.
3  With all due respect for respondent and
4  the Magistrate Judge, petitioner feels
5  and hopes that his motion succeeds, so
6  that petitioner could eventually have
7  his meritorious issues reviewed and heard
8  and/or ruled on the merits. Petitioner
9  does have two colorable claims for
10 relief.
11         Thank You

13 I declare under penalty of perjury by the
14 laws of the State of California that the
15 foregoing is true and correct.

18     Respectfully Submitted,

22 10 /30 /2014        X. _____ 2014

7

PROOF OF SERVICE

<u>Declaration of Service by Mail</u>

I, _Jason Hurtado_ , declare that I am over the age of
eighteen (18) and that I (am/am not) a party to this action. On _10 /30 /2014_
_____, I deposited a copy of the following document(s):

• Motion to oppose dismissal of petition for
 timeliness, order show cause points and
 Authorities.
• Attached Exhibits and/or Documents.

In a sealed envelope with the postage prepaid into the United States mail
outlet via an authorized California Department of Corrections employee at
Ironwood State Prison, in Riverside County, Blythe, California, and addressed as
follows:

United States          Office of Attorney
District Court         General
Central District       300 South Spring st
312 N. Spring st       Los Angeles, CA 90013
Los Angeles, CA 90012

I declare under penalty of perjury by the laws of the State of California that
the foregoing is true and correct (pursuant to 28 USCA §1746(2)).

DATE _10 /30 /2014_                SIGNATURE _Jason J. Hurtado_

# EXHIBIT COVER PAGE



**EXHIBIT**

Description of this Exhibit: *Proof of services in chronological order.*

Number of pages to this Exhibit: **4** pages.

JURISDICTION: (Check only one)

- ☐ Municipal Court
- ☐ Superior Court
- ☐ Appellate Court
- ☐ State Supreme Court
- ☒ United States District Court
- ☐ State Circuit Court
- ☐ United States Supreme Court
- ☐ Grand Jury

PROOF OF SERVICE

Declaration of Service by Mail

I, _Jason A. Hurtado_, declare that I am over the age of eighteen (18) and that I (am/am not) a party to this action. On _NOV 20, 2013_ _____, I deposited a copy of the following document(s):

_Writ of Habeas Corpus and attached Exhibits._

In a sealed envelope with the postage prepaid into the United States mail outlet via an authorized California Department of Corrections employee at Ironwood State Prison, in Riverside County, Blythe, California, and addressed as follows:

Criminal Justice Center
210 W. Temple St
Los Angeles Ca, 90012-3210

office of the
Attorney General
State of California
300 South Spring Street
Los Angeles Ca. 90013

I declare under penalty of perjury by the laws of the State of California that the foregoing is true and correct (pursuant to 28 USCA §1746(2)).

DATE _11-20-2013_          SIGNATURE _Jason A. Hurtado_

PROOF OF SERVICE

Declaration of Service by Mail

I, _Jason Hurtado_, declare that I am over the age of eighteen (18) and that I (am/am not) a party to this action. On _Jan 7, 2014_, I deposited a copy of the following document(s):

_Writ of Habeas Corpus and Attached exhibits_

In a sealed envelope with the postage prepaid into the United States mail outlet via an authorized California Department of Corrections employee at Ironwood State Prison, in Riverside County, Blythe, Ca. follows:

_Office of the District Attorney_
_18000 Criminal Courts Bldg_
_210 W. Temple Street_
_Los Angeles, Ca 90012_

I declare under penalty of perjury by the laws of the State of California that the foregoing is true and correct (pursuant to 28 USCA §1746(2)).

DATE _Jan 7, 2014_        SIGNATURE _Jason Hurtado_

PROOF OF SERVICE

Declaration of Service by Mail

I, _Jason Hurtado_, declare that I am over the age of eighteen (18) and that I (am/am not) a party to this action. On _5-8-2014_, _____, I deposited a copy of the following document(s):

Writ of Habeas Corpus and/or Documents plus Exhibits prison mail log sheet
Declaration of petitioner for default / and letter to Judge Rappe on 'mate order from Superior Court                                    Jan 7, 2014

In a sealed envelope with the postage prepaid into the United States mail outlet via an authorized California Department of Corrections employee at Ironwood State Prison, in Riverside County, Blythe, California, and _____

follows:

Supreme Court of California
50 McAllister St., San Francisco, Ca 94102-7303
_____

Office of Attorney General
State of California
300 South Spring St.
Los Angeles, Ca 90013

I declare under penalty of perjury by the laws of the State of California that the foregoing is true and correct (pursuant to 28 USCA §1746(2)).

DATE _5-8-2014_                SIGNATURE _Jason Hurtado_

PROOF OF SERVICE

Declaration of Service by Mail

I, _Jason Hurtado_, declare that I am over the age of eighteen (18) and that I (am/am not) a party to this action. On _May 15, 2014_ _____, I deposited a copy of the following document(s):

- Habeas Corpus petition and/or Exhibits and Documents
- Declaration in support of late filing, and/or attached Exhibits and Documents
- Attached legal Mail outgoing Mail log sheet, from Petitioner.

In a sealed envelope with the postage prepaid into the United States mail outlet via an authorized California Department of Corrections employee at Ironwood State Prison, in Riverside County, Blythe, California, and addressed as follows:

Supreme Court of California
350 McAllister St
San Francisco, Ca 94102

I declare under penalty of perjury by the laws of the State of California that the foregoing is true and correct (pursuant to 28 USCA §1746(2)).

DATE _5-15-2014_          SIGNATURE _Jason Hurtado_

# EXHIBIT COVER PAGE

<div style="border:1px solid">2</div>

EXHIBIT

Description of this Exhibit: In Coming/Outgoing
Mail Log sheets.

Number of pages to this Exhibit: ___5___ pages.

JURISDICTION: (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☒ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

5/15/2014

LEGAL OUT

| DATE | Name | CDC# | Addressee |
|------|------|------|-----------|
| 5/8/2014 | HURTADO | AG9310 | OFFICE OF ATTY GEN LA CA 90013 |
| 5/8/2014 | HURTADO | AG9310 | SUP OF CA SF CA 94102 |
| 4/17/2014 | HURTADO | AG9310 | CRIMINAL CRT BLDG LA CA 90012 |
| 4/17/2014 | HURTADO | AG9310 | HABEAS CORPUS LITIGATION LA CA 90012 |
| 4/16/2014 | HURTAO | AG9310 | DIST ATTY OFFICE LA CA 90012 |
| 4/10/2014 | HUTADO | AG9310 | CURTIS B RAPPE LA CA 90012 ⎤ *Petitioner showing Correspondence* |
| 4/10/2014 | HURTADO | AG9310 | COMM LEGAL INFO CHICO CA 95929 |
| 3/5/2014 | HURTADO | AG9310 | CLRK OF THE U DIST DIST CRT CRT OF THE CENTRAL DIST LA CA 90012 |
| 3/3/2014 | HURTADO | AG9310 | CLRK OF THE US DIST CRT LA CA 90012 |
| 3/2/2014 | HURTADO | AG9310 | CLRK OF THE US DIST CRT LA CA 90012 |
| 2/26/2014 | HURTADO | AG9310 | CRIMINAL JUST CTR LA CA 90012 ⎤ → *petitioner wrote the courts at Superior Dept 103* |

5/15/2014

LEGAL OUT

| DATE | Name | CDC# | Addressee |
|------|------|------|-----------|
| 2/26/2014 | HURTADO | AG9310 | AIRPORT CRT LA CA 90045 |
| 1/7/2014 | HURTADO | AG9310 | CDCS L.A. CA. 90012 |
| 1/7/2014 | HURTADO | AG9310 | A.G. LA CA. 90013 |
| 1/7/2014 | HURTADO | AG9310 | D.A. L.A. CA. 90012 |
| 11/20/2013 | HURTADO | AG9310 | OFFICE OF ATTY LA CA 90013 |
| 11/20/2013 | HURTADO | AG9310 | CRIMINAL JUST CTR LA CA 90012 |

5/6/2014

## Legal In

| Date | Name | CDC# | Housing | Sender | Inmate Signature |
|---|---|---|---|---|---|
| 9/24/2013 | HURTADO | AG9310 | D5-139U | DAVID H GOODWIN ATTY AT LAW L CA 90093 | |
| 1/3/2014 | HURTADO | AG9310 | D4-249U | SUP CRT OF CA CNTY OF LA CA 90012 | |
| 3/14/2014 | HURTADO | AG9310 | D4-249U | US DISTRICT COURT, LOS ANGELES, CA 90012-4797 | |
| 3/18/2014 | HURTADO | AG9310 | D4-249U | US DIST CRT OFFICE OF THE CLRK  US COURTHOUSE LA CA 90012 | |
| 3/18/2014 | HURTADO | AG9310 | D4-249U | US DIST CRT OFFFICE OF THE CLRK  US COURTHOUSE LA CA 90012 | |
| 3/20/2014 | HURTADO | AG9310 | D4-249U | SUP CRT OF CA CNTY OF LA CA 90045 | |
| 3/28/2014 | HURTADO | AG9310 | D4-249L | US DISTRICT COURT, OFFICE OF THE CLERK,  LOS ANGELES, CA  90012 | |
| 3/28/2014 | HURTADO | AG9310 | D4-249U | US DISTRICT COURT, OFFICE OF THE CLERK, LOS ANGELES, CA  90012 | |
| 4/4/2014 | HURTADO | AG9310 | D4-249L | COMM LEGAL INFO CTR CHICO CA 95929 | |

Page 1

5/6/2014

Legal In

| Date | Name | CDC# | Housing | Sender | Inmate Signature |
|---|---|---|---|---|---|
| 4/4/2014 | HURTADO | AG9310 | D4-249L | COMM LEGAL INFO CTR CHICO CA 95929 | |
| 4/24/2014 | HURTADO | AG9310 | D4-249U | COMM LEGAL INFO CTR CHICO CA 95929 | |
| 4/28/2014 | HURTADO | AG9310 | D4-249U | OFFICE OF THE DIST ATTY CNTY OF LA CA 90012 | |
| 4/29/2014 | HURTADO | AG9310 | D4-249U | COMM LEGAL INFO CTR CHICO CA 95929 | |

# EXHIBIT COVER PAGE 3

EXHIBIT

Description of this Exhibit: Declaration from petitioner to California Supreme Court. Also: inter alia

- Letter to Superior Court Judge Curtis B. Rappe dated January 7, 2014
- Notice and Request for Ruling dated 4/17/2014.
- Letter to Attorney General or District Attorney.

Number of pages to this Exhibit: ___6___ pages.

JURISDICTION: (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☒ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

Excusing Potential Procedure Default
Under State Law.

= Declaration of Petitioner. =

1  Petitioner hereby request for this courts
2  review of the history of the filing process,
3  of attempting to receive Habeas Review in the
4  state courts. Petitioner has shown as much
5  Due Diligence as i could possibly bring. Petitioner
6  hereby ask this court to please excuse the lack
7  of proper service to the wrong district attorneys
8  office. Petitioner is not a professional lawyer
9  in Knowing the correct filing process under
10 AEDPA standards. Had i known that petitioner
11 was supposed to proceed to the next court,
12 due to the procedural default, i would have done
13 so. Petitioner was under the impression that all
14 i had to do was, re-submit another Habeas
15 to the correct District Attorneys office, and just
16 inform the Superior Court that i had done so,
17 and the proceedings would have continued.
18   I was informed by the Clerk of the prison
19 library that that is considered a default in
20 the Habeas Corpus procedure, and you now have
21 to move on to the next court. As the courts
22 can see, petitioner has been relentless and
23 persistent in trying to gain relief from judgement,
24 by showing correspondence and diligence.
25   The evidence of the incoming - outgoing
26 mail shows that petitioner has been diligent
27 in pursuing filing in the courts. See exhibits
28 attached.

(1)

PER
CALIFORNIA
REV L-72)

1  The Superior Courts denial of petitioners
2  Habeas Corpus should be reviewed on it's merits,
3  and it should have been avoided had the Habeas
4  petition been forwarded to the correct office
5  of the District Attorney.
6  See proof of Service's on how many
7  times petitioner has tried to file in the courts.
8      This declaration is an introduction to
9  potential showing of cause and prejudice.
10 Since petitioner has shown follow-up in
11 trying to get the courts attention as well as
12 the District Attorneys office, petitioner should
13 be excused from any default that might surface.
14 Petitioner hasn't had a chance for the courts,
15 so far, to review petitioners claims for it's
16 merit.
17 Petitioner asserts that failure of the courts to
18 disregard such claims would result in a
19 fundamental miscarriage of justice, citing -
20 → Coleman ⊙ Thompson, 501 U.S. 722(1991).
21      ▷ Petitioners contentions are valuable when
22 considering that petitioners Appellate Counsel
23 raised an issue that was contrary to petitioners
24 evidence at trial, i.e., petitioners co-defendant
25 never took the stand, however, petitioners
26 Appellate counsel raised Accomplice Testimony
27 under California Penal Code 1111. That is the
28 reason for petitioner raising this claim on
collateral review. Petitioner was found guilty

1  of Second Degree Murder through the erroneous
2  use of hearsay, i.e, Declarations Against
3  Penal Interest. That was the sole evidence
4  that got petitioner a guilty verdict, without it,
5  the prosecutions case would be baseless.

6  Petitioner has a claim of Ineffective Assistance
7  of trial Counsel, for failure to challenge
8  such evidence, for Indications of reliability
9  under the Trustworthiness Standard, pursuant
10 to; Bruton@U.S, Lilly@Virginia, Ohio@Roberts,
11 Federal Rule 807, also 804(b)(3).

13 There was an injurious violation of petitioners
14 Confrontation Clause rights under the Sixth
15 Amendment. U.S.C. 6 & 14th.

17 Petitioner hereby ask this court to respectfully
18 consider reviewing his claims for it's merit.
19 I declare under penalty of perjury that the foregoing is true and correct.
20 Thank You

22 Respectfully Submitted

24 Jason Hurtado

25                                              2014
26 Jason

28 I declare under penalty of perjury that the foregoing is true
                                              and Correct.

PAPER
OF CALIFORNIA
3 (REV 2-72)

(3)

CR-175

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* *pro per* | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: *N/A*  E-MAIL ADDRESS *(optional):*  ATTORNEY FOR *(Name):* *PRO PER*     FAX NO.: *N/A* | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

In re *people*

DEFENDANT: *Jason Hurtado* , on habeas corpus

Date of birth: *6-14-83*   California Dept. of Corrections No. *(if applicable):* *AG9310*

| NOTICE AND REQUEST FOR RULING  (Cal. Rules of Court, rule 4.551(a)(3)(B)) | CASE NUMBER(S): *SA072508* |
|---|---|

I, *Jason Hurtado* , filed a petition for writ of habeas corpus in the above entitled case in the Superior Court of California, County of *(name):* ....
on *(date):* *4-17-2014*

As of this date, I have not received a ruling on the petition within 60 days of filing as required by rule 4.551(a)(3)(A).

Therefore, I request that the court rule on the petition. (California Rules of Court, rule 4.551(a)(3)(B).) A copy of the original petition for writ of habeas corpus is attached to this *Notice and Request for Ruling.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
*Jason Hurtado*
(TYPE OR PRINT NAME)

_____
(SIGNATURE)

NOTICE AND REQUEST FOR RULING
(Criminal)

Cal. Rules of Court, rule 4.551(a)(3)(B)

Letter to District Attorney or Attorney General

My name is Jason HURTADO. I'm writing in regards to my Habeas Corpus. I want to know "has anyone" at this office received a copy of my Habeas Corpus.

My CASE number is # SA072508.

I filed my Habeas Corpus petition at:

The District Attorneys Office
18000 Criminal Courts Bldg
210 W. Temple Street
Los Angeles, Ca. 90012  -> On January 7, 2014
I haven't heard anything. I Even wrote the court / Dept 103 — at -> 210 W. Temple Street
Los Angeles, Ca. 90012.

Can You please tell me, what is the correct address to file my Habeas Corpus. Thank You.

Sincerely

Jason Hurtado

# EXHIBIT COVER PAGE

4
EXHIBIT

Description of this Exhibit: *Cover sheet of state Habeas Corpus to California S. Ct.*

Number of pages to this Exhibit: ___1___ pages.

JURISDICTION: (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☒ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

Name. _Jason Hurtado_

Address _Ironwood State Prison_

_P.O. Box 2199_

_Blythe, Calif 92226-2199_

CDC or ID Number: _AG9310_

ORIGINAL COPY

SUPREME COURT MC-275
FILED

MAY 19 2014

**Frank A. McGuire Clerk**

**Deputy**

_Superior Court of California, County of Los Angeles_

_Criminal Courts Building_
(Court)

---

_Jason Anthony Hurtado #AG9310_
Petitioner

vs.

_DAVID B. Long_      _Warden_
Respondent

PETITION FOR WRIT OF HABEAS CORPUS

No. **S218641**

*(To be supplied by the Clerk of the Court)*

✱ _Requesting for Evidentiary Hearing._

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal and you are an attorney, file the original and 4 copies of the petition and, if separately bound, 1 set of any supporting documents (unless the court orders otherwise by local rule or in a specific case). If you are filing this petition in the Court of Appeal and you are *not* represented by an attorney, file the original and one set of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

RECEIVED

MAY 12 2014

CLERK SUPREME COURT

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2007). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2010]

PETITION FOR WRIT OF HABEAS CORPUS

Page 1 of 6
Penal Code § 1473 et seq.
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

# EXHIBIT COVER PAGE 5

EXHIBIT

Description of this Exhibit: Letter from Clerk of California Supreme Court, among other Documents, pertaining to clerks letter.

- letter from petitioner to California S. Cf dated 9/14/2014

- Proof of Service - 9/14/2014

- District Attorneys request for extension of time In Superior Court.

Number of pages to this Exhibit: __4__ pages.

JURISDICTION: (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☒ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

JORGE NAVARRETE
ASSISTANT CLERK/ADMINISTRATOR

MARY JAMESON
AUTOMATIC APPEALS SUPERVISOR

EARL WARREN BUILDING
350 McALLISTER STREET
SAN FRANCISCO, CA 94102
(415) 865-7000



# Supreme Court of California

FRANK A. McGUIRE
COURT ADMINISTRATOR AND
CLERK OF THE SUPREME COURT

September 30, 2014

Jason Anthony Hurtado  AG-9310
Ironwood State Prison
P.O. Box 2199
Blythe, CA  92226

Re:     **S218641 — In re Jason Anthony Hurtado on Habeas Corpus**

Dear Mr. Hurtado:

We hereby return unfiled your document received, September 18, 2014.  The order denying your petition for writ of habeas corpus in the above-referenced matter was final forthwith and may not be reconsidered.  Please rest assured, however, that the petition, and the contentions made therein, were considered by the entire court, and that the denial expresses the decision of the court on this matter.

Very truly yours,

FRANK A. McGUIRE
Court Administrator and
Clerk of the Supreme Court

By:  J. Hunter, Senior Deputy Clerk

Enclosure

Sept. 14, 2014

To whom this may concern,

For the Supreme Court of California, petitioner Jason Hurtado is informing the court that there seems to be litigation in progress in the Los Angeles Superior Court, pertaining to my Habeas Petition Case # SA072508, California Supreme Court Case #S218641. I would request that all proceedings in this court be stopped until further notice. Thank You.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted

*[signature]* 2014

**RECEIVED**

SEP 1 8 2014

**CLERK SUPREME COURT**

# EXHIBIT COVER PAGE

6

EXHIBIT

Description of this Exhibit: *Minute Orders from Superior Court of Los Angeles: Dept #103*

Number of pages to this Exhibit: _3_ pages.

JURISDICTION: (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☒ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

```
                           MINUTE ORDER
          SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES


DATE PRINTED: 12/24/13

-----------------------------------------------------------------

CASE NO. SA072508

THE PEOPLE OF THE STATE OF CALIFORNIA
                       VS.
DEFENDANT 04:  JASON ANTHONY HURTADO

-----------------------------------------------------------------


INFORMATION FILED ON 01/22/10.

COUNT 01: 187(A) PC FEL
COUNT 02: 182(A)(1) PC FEL


ON 11/22/13 AT  830 AM  IN CENTRAL DISTRICT DEPT 103

CASE CALLED FOR PTN WRIT OF HABEAS CORPUS RCVD

PARTIES: CURTIS B. RAPPE (JUDGE)  LYNNIE MONTERO  (CLERK)
         NONE      (REP)  NONE  (DDA)

DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL

THE COURT IS IN RECEIPT OF THE PETITIONER'S PETITION FOR WRIT
OF HABEAS CORPUS FILED 11/22/13.

THE PETITION IS DENIED FOR LACK OF PROPER SERVICE TO THE
OFFICE OF THE DISTRICT ATTORNEY.

A COPY OF THIS MINUTE ORDER IS SENT TO THE PETITIONER VIA
U.S. MAIL IN AN ENVELOPE ADDRESSED AS FOLLOWS:

JASON HURTADO #AG9310
IRONWOOD STATE PRISON
P.O. BOX 2199
BLYTHE, CA 92226-2199

COURT ORDERS AND FINDINGS:

PETITION FOR WRIT OF HABEAS CORPUS IS DENIED.

NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED




                                  PTN WRIT OF HABEAS CORPUS RCVD
               PAGE NO.   1       HEARING DATE: 11/22/13
```

```
                              MINUTE ORDER
            SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
```

DATE PRINTED: 06/16/14

------------------------------------------------------------------------

CASE NO. SA072508

THE PEOPLE OF THE STATE OF CALIFORNIA
                          VS.
DEFENDANT 04:  JASON ANTHONY HURTADO

------------------------------------------------------------------------

INFORMATION FILED ON 01/22/10.

COUNT 01: 187(A) PC FEL
COUNT 02: 182(A)(1) PC FEL

ON 06/16/14 AT  830 AM  IN CENTRAL DISTRICT DEPT 103

CASE CALLED FOR PTN WRIT OF HABEAS CORPUS RCVD

PARTIES: CURTIS B. RAPPE (JUDGE)  LYNNIE MONTERO  (CLERK)
         NONE      (REP)  NONE  (DDA)

DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL

THE COURT IS IN RECEIPT OF HABEAS CORPUS PETITION THIS DATE.

THE COURT ORDERS THE DISTRICT ATTORNEY TO FILE AN INFORMAL
RESPONSE WITHIN FIFTEEN (15) DAYS OF RECEIPT OF THIS MINUTE
ORDER.

ANY REQUEST FOR EXTENSION OF TIME MUST BE SERVED ON PETITIONER
ALONG WITH PROOF OF SUCH REQUEST.

THE DEFENDANT IS DIRECTED TO FILE A REPLY TO THE PEOPLE'S
INFORMAL RESPONSE WITHIN FIFTEEN (15) DAYS OF RECEIPT OF THE
PEOPLE'S INFORMAL RESPONSE.

A COPY OF THE PETITION AND A COPY OF THIS MINUTE ORDER IS
FORWARDED TO:

OFFICE OF THE DISTRICT ATTORNEY
HABEAS CORPUS UNIT
320 W. TEMPLE STREET, SUITE 540
LOS ANGELES, CA 90012

                              PTN WRIT OF HABEAS CORPUS RCVD
              PAGE NO.   1     HEARING DATE: 06/16/14

```
CASE NO. SA072508
DEF NO.  04                              DATE PRINTED 06/16/14

A COPY OF THIS MINUTE ORDER IS FORWARDED TO:
.
JASON HURTADO #AG9310
IRONWOOD STATE PRISON
P.O. BOX 2199
BLYTHE, CA 92226-2199
.
.
NOTE:  THE MATTER IS CALENDARED FOR TRACKING PURPOSES ONLY.

COURT ORDERS AND FINDINGS:

-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.


NEXT SCHEDULED EVENT:
07/03/14   830 AM  HABEAS CORPUS PETITION   DIST CENTRAL DISTRICT DEPT 103
```

```
                                      PTN WRIT OF HABEAS CORPUS RCVD
                 PAGE NO.   2        HEARING DATE: 06/16/14
```

Jason Hurtado #AG9310
Ironwood St
PO box 2199
Blythe, CA 92226

United States District Court
Central District
312 North Spring St
Los Angeles, CA 90012



RECEIVED
CLERK, U.S. DISTRICT COURT

NOV -3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



LEGAL MAIL