Jason Hurtado #AG9310
Ironwood St Prison  · D-4/210
P.O. Box 2199
Blythe, Ca 92226

ORiginal

FILED
CLERK, U.S. DISTRICT COURT
AUG 17 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

United States District Court
Central District Of California

|  |  |
|---|---|
| Jason Hurtado,<br>　　　petitioner<br><br>　　v.<br><br>David B. Long,<br>　　　Respondent | CASE NO.<br>CV 14 08068 - MAN<br><br>Affidavit of TRUTH |

# Affidavit of Truth

"Indeed, no more than (affidavits) is necessary to make the prima facie case." United States @K's, 658 F.2nd, 526, 536 (7th Cir. 1981); cerf denied, 50 U.S. L.W. 2169; S. Cf March 22, 1982

That I, Jason Hurtado, a living breathing man, being first duly sworn, depose and say and declare by my signature that the following facts are true, correct and complete, and made to my best & first hand personal knowledge, to the best of my belief.

That, the Affiant just received the Magistrate's order (Hon. Margaret A. Nagle) dated July 29, 2015, received by petitioner the first week of August.

That, Affiant has read and understood the fact that the Magistrate Judge ordered petitioner to include a declaration, signed under penalty of perjury, giving detailed descriptions of the nature and duration of any claimed extraordinary circumstances.

That, Affiant has previously submitted a brief opposition prior to receiving this said **ORDER**, from the Magistrate, and petitioner hereby submits this said Affidavit of TRUTH in accordance with petitioners Opposition(s), with all relevant facts and/or exhibits that were attached.

That, Affiant is entitled to EQUITABLE TOLLING, due to the Nature and facts set forth in petitioners previous opposition(s).

That, Affiant has shown diligence in pursuit to stay on track to the statute of limitations.

That, Affiant submitted the same claims in the same Writ of habeas Corpus NOVEMBER 20, 2013; January 7, 2014; April 17, 2014, all to the Los Angeles criminal Court Building (Dept 103).

That, Affiant submitted the same Writ of Habeas Corpus to the Calif Supreme Court May 8, 2014, and re-submitted May 19, 2014, due to technical problems with the signature.

1  That, Affiant submitted ALL relevant
2  documents, towards proof of in-going & out
3  going mail, in this said court.
4
5  That, Affiant has submitted only ONE
6  writ of habeas corpus, raising the same claims
7  on the aforementioned dates (supra), to
8  All courts.
9
10  That, Affiants proof of Services are All
11  TRUE & Correct · and not false documents.
12
13  That, Affiants claims and documents submitted
14  under Case # (2:14-CV-08068-MAN) are
15  TRUE & Correct to the best of my personal
16  Knowledge.
17
18  That, all Affiants motions opposing respondents
19  Motions to dismiss, are substantial and
20  TRUE & Correct to the best of my personal
21  Knowledge.
22
23  That, this Affidavit if not rebutted
24  point for point by any man, representing
25  the State of California at any level,
26  in any matter, at anytime within 7days
27  upon receipt, these facts stand as
28  true in both the private and public

1  record . . . as true.

2

3

4  Further Affiant sayth not.

5

6  Dated this **10th** day of August 2015

7

8  (s) Jason Hurtado

9  Jason Hurtado

PROOF OF SERVICE

Declaration of Service by Mail

I, _Jason Hurtado_, declare that I am over the age of eighteen (18) and that I (am/am not) a party to this action. On _8-11-2015_, _____, I deposited a copy of the following document(s):

• Affidavit from petitioner

In a sealed envelope with the postage prepaid into the United States mail outlet via an authorized California Department of Corrections employee at Ironwood State Prison, in Riverside County, Blythe, California, and addressed as follows:

Office of Attorney General
300 South Spring St
Los Angeles, Ca 90013

Clerk of the Court
312 North Spring St
Los Angeles, Ca 90012

I declare under penalty of perjury by the laws of the State of California that the foregoing is true and correct (pursuant to 28 USCA §1746(2)).

DATE _8-11-2015_          SIGNATURE _____

Jason Hartodo #AG9320
Ironwood State Prison D-4/210
P.O. Box 2199
Blythe, Ca 92226

Legal Mail

(KLS)

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG - 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Office of the Clerk
District Courthouse
312 North Spring St
Los Angeles, Ca. 90012

U.S. POSTAGE >> PITNEY BOWES

ZIP 92225
02 1W
0001401918AUG 14 2015
$ 000.48