**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON HURTADO, ) | NO. CV 14-8068-MWF (KS) |
|             **Petitioner,** ) | |
|     v.            ) | **ORDER ACCEPTING FINDINGS AND** |
|                ) | **RECOMMENDATIONS OF UNITED** |
| DAVID B. LONG, ) | **STATES MAGISTRATE JUDGE** |
|             **Respondent.** ) | |
| _____ ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: March 9, 2017

                                                                                MICHAEL W. FITZGERALD
                                                             UNITED STATES DISTRICT JUDGE