**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JASON HURTADO,** | ) | NO. CV 14-8068-MWF (KS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **DAVID B. LONG,** | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 9, 2017

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE